**GENERAL CONSENT FORM FOR LAW STUDENT ENTRY OF APPEARANCE**
**Counsel Submitting and Utah State Bar Number:** Alexander Ramos, 15234
**Attorney for:** Seraphine Warren Begay

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, <u>CENTRAL</u> DIVISION

FILED US District Court-UT
OCT 27 '23 PM 01:41

| | |
|---|---|
| United States of America | Client Consent to Entry of Appearance by Law Student Jena Mathews |
| vs. | |
| Seraphine Warren-Begay | Civil/Criminal Number: 2:23-mj-000963-CRM |

Pursuant to DUCivR 83-1.6, I hereby authorize law student <u>Jena Mathews</u> to enter an appearance in the above-captioned matter and appear at trial, in hearings and at other proceedings on my behalf; appear as assistant counsel at, and assist in the taking of depositions on my behalf; and co-sign documents on my behalf following review, approval, and signature by <u>Alexander Ramos</u>.

I am aware that <u>Jena Mathews</u> is not admitted to the bar and that <u>Jena Mathews</u> will appear pursuant to DUCivR 83-1.6.  I also am aware that Alexander Ramos ] will (i) be present with the student at all times in court, and at other proceedings in which testimony is taken; (ii) sign all pleadings or other documents filed with this court; (iii) assume personal professional responsibility for the quality of the student's work; (iv) be available for consultation with me; (v) will assist in and review all activities undertaken by <u>Jena Mathews</u> and permitted by the District Court Rules of Practice, to the extent required for the proper practical training of <u>Jena Mathews</u> and my protection; and (vi) be prepared to promptly supplement any of the student's oral or written work as necessary to ensure my proper representation.

DATED this <u>26th</u> day of <u>October</u> 2023.

_10·26·23_ _(initials)_
**Signature**

_[signature]_
**Name printed or typed**
SERAPHINE WARREN-BEGAY

**GENERAL CONSENT FORM FOR LAW STUDENT ENTRY OF APPEARANCE**
**Counsel Submitting and Utah State Bar Number:** Alexander Ramos, 15234
**Attorney for:** Seraphine Warren Begay

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| United States of America | : Client Consent to Entry of Appearance : by Law Student Jena Mathews |
| vs. | : |
| Seraphine Warren-Begay | : Civil/Criminal Number: 2:23-mj-000963-CRM |

Pursuant to DUCivR 83-1.6, I hereby authorize law student Jena Mathews to enter an appearance as assistant counsel in the above-captioned matter and to appear at trial, in hearings, and at other proceedings; to assist in taking depositions; and to co-sign documents following my review, approval, and signature.

I agree to be present with Jena Mathews at all times at trial, in hearings, and at other proceedings in which testimony is taken; to sign all pleadings or other documents filed with this court; to assume personal professional responsibility for the quality of Jena Mathews's work; to be available for consultation with represented clients; to assist in and review all activities undertaken by Jena Mathews and permitted by the District Court Rules of Practice, to the extent required for the proper practical training of Jena Mathews and the protection of the client; and to be prepared to promptly supplement any of the oral or written work of Jena Mathews as necessary to ensure proper representation of the client.

DATED this 26th day of October, 2023.

_____
Signature

## GENERAL FORM FOR CERTIFICATION OF ELIGIBILITY
## FOR STUDENT PRACTICE

## LAW SCHOOL CERTIFICATION

I hereby certify that Jena Mathews is a student currently enrolled and in good academic standing at the following ABA accredited law school: the University of Utah' S.J. Quinney College of Law located at 383 South S University St, Salt Lake City, UT 84112, 801-582-6438 and is expected to graduate on May 10, 2024.

I further certify that the above-named student has successfully completed at least four semesters, or the equivalent, of law school studies, is of good character and competent legal ability, and is qualified to provide the legal representation permitted under DUCivR 83-1.6.

I further certify that I have been designated by the dean to certify students for this purpose.

Dated this 21st day of August, 2023.

_____
Signature

Brian C. Burton, Ph.D.
**Typed or printed name**

Assistant Dean of Student Affairs
**Title**

